The People of the State of New York v. Jacob Levine.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

The People of the State of New York v. Mollie Tatham.— Motion to dismiss appeal granted.

Frank L. Perley v. Morning Telegraph Company.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of Agnes L. C. A. Wynkoop, as General Guardian, etc.— Motion granted.

In the Matter of the City of New York (In the Matter of Spuyten Duyvil and Port Morris Railroad).— Motion denied, with ten dollars costs.

Calagore De Vita v. Dairy Products Company.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of Leonard Leaman and Others (In the Matter of Valentine Avenue).— Motion to dismiss appeal granted, with ten dollars costs.

Catherine Bernadao, as Administratrix, v. Schencke Piano Company.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

In the Matter of Stewart Barr and Others v. Charles A. Schubert and Others.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of Albers Realty Company.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

Ætna Indemnity Company v. La France Copper Company.— Motion granted and judgment directed for plaintiff on verdict. Memorandum per curiam. Settle order on notice.

Ætna Indemnity Company v. La France Copper Company.— Motion to open default denied, with ten dollars costs.

The People of the State of New York v. James Tobin.— Motion to dismiss appeal granted.

Ignatz Rosenberg v. People's Surety Company of New York.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

Ella O. Del Gaudio v. Albert S. Del Gaudio.— Motion to dismiss appeal granted, with ten dollars costs.

Irwin Merkel, an Infant, v. William J. Murray.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of Peter P. Acritelli, as Executor, etc.— Motion granted. Settle order on notice.

Mollie Neibert v. Citizens Savings Bank.— Motion granted, unless appellant comply with terms stated in order.

William H. Hurley v. Orlando W. Butler.— Motion to dismiss appeal granted, with ten dollars costs.

Eliza R. Rabell v. Charles F. Rabell and Others.— Motion granted, with ten dollars costs.

Benjamin Steinman and Others v. Solomon K. Ford, Impleaded, etc.— Motion granted unless appellant comply with terms stated in order.

William Mundy v. Howard Gregory and Others.— Motion granted, with ten dollars costs.